UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
          §
Howard Charles Mckenna § Case No. 11-40148
          §
          Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/STEVEN R. RADTKE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-40148 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Howard Charles Mckenna | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 11/07/2011 |
| For Period Ending: | 06/17/2013 | | | | Claims Bar Date: | 03/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 852 N California Chicago, Il 60622. Property Is Being Surre | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. 2704 W Cortez Chicago, Il | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Chase Checking | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Various Used Possessions | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Various Used Clothes | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. 1 Used Rolex Watch | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 7. 2 Term Life Insurance Policies For Minor Daughter | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. Roth 401K..... | 300.00 | 0.00 | OA | 0.00 | FA |
| 9. Lillie's Q, Llc. This Entity Owns A Restaurant. The Restau | 0.00 | 0.00 | | 50,000.00 | 0.00 |
| 10. 1985 Cj7 Jeep | 2,500.00 | 100.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $6,600.00 $100.00 $50,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has interest in restaurant; forwarded information to Ira Goldberg for his review

Initial Projected Date of Final Report (TFR): 01/30/2015    Current Projected Date of Final Report (TFR): 01/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-40148 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Howard Charles Mckenna | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0286 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1892 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/17/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/13 | 9 | JPMorgan Chase Bank | settlement of Debtor's interest in business<br>1st installment on settlement of Debtor's interest in business, Lillie Q's | 1249-000 | $12,500.00 | | $12,500.00 |
| 03/08/13 | 9 | JPMorgan Chase Bank | settlement of Debtor's interest in business<br>2nd and final installment of settlement of Debtor's interest in business | 1249-000 | $12,500.00 | | $25,000.00 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $24,971.23 |
| 04/24/13 | 9 | Howard Charles McKenna | settlement of Debtor's interest in business<br>3rd and final installment on settlement of Debtor's interest in business, Lillie Q's | 1249-000 | $25,000.00 | | $49,971.23 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.31 | $49,926.92 |
| 05/15/13 | | Associated Bank | Refund Bank Service Charge | 2600-000 | | ($44.31) | $49,971.23 |
| 05/23/13 | 1001 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | EIN: 46-6621892; 2013 Form 1041 | 2810-000 | | $1,204.00 | $48,767.23 |
| 05/23/13 | 1002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN: 46-6621892; 2013 Form 1041 | 2820-000 | | $932.00 | $47,835.23 |

| | | |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $2,164.77 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $2,164.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $2,164.77 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Page Subtotals: $50,000.00  $2,164.77

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0286 - Checking | $50,000.00 | $2,164.77 | $47,835.23 |
| | $50,000.00 | $2,164.77 | $47,835.23 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-40148  
Debtor Name: Howard Charles Mckenna  
Claims Bar Date: 3/8/2013

Date: June 17, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $5,750.00 | $5,750.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $16.57 | $16.57 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $21,298.50 | $21,298.50 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $63.70 | $63.70 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,272.00 | $1,272.00 |
| 1 300 7100 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $5,149.74 | $5,149.74 |
| 2 300 7100 | Toyota Motor Credit Corporation<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $13,251.98 | $13,251.98 |
| 3 300 7100 | American Infosource Lp As Agent For<br>Directv, Llc<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, Ca 90245 | Unsecured | | $0.00 | $238.34 | $238.34 |
| | Case Totals | | | $0.00 | $47,040.83 | $47,040.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-40148
Case Name: Howard Charles Mckenna
Trustee Name: STEVEN R. RADTKE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | $ | $ | $ |
| 2 | Toyota Motor Credit Corporation | $ | $ | $ |
| 3 | American Infosource Lp As Agent For | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of     % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $     . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $        .