# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
Howard Charles Mckenna                  §      Case No. 11-40148
                                        §
         Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:00 a.m. on September 11, 2013
        in Courtroom 744, U.S. Courthouse
        219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                 Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Howard Charles Mckenna | § | Case No. 11-40148 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 2,164.77 |
| leaving a balance on hand of[1] | $ | 47,835.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 5,665.29 | $ 0.00 | $ 5,665.29 |
| Trustee Expenses: STEVEN R. RADTKE | $ 16.57 | $ 0.00 | $ 16.57 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 21,298.50 | $ 0.00 | $ 21,298.50 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 63.70 | $ 0.00 | $ 63.70 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,272.00 | $ 0.00 | $ 1,272.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 28,316.06 |
| Remaining Balance | $ 19,519.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,640.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | $ 5,149.74 | $ 0.00 | $ 5,149.74 |
| 2 | Toyota Motor Credit Corporation | $ 13,251.98 | $ 0.00 | $ 13,251.98 |
| 3 | American Infosource Lp As Agent For | $ 238.34 | $ 0.00 | $ 238.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,640.06 |
| | Remaining Balance | | $ | 879.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 32.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 847.09 .

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-40148-ERW
Howard Charles McKenna                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 3          Date Rcvd: Aug 05, 2013
                              Form ID: pdf006           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2013.
```
db         +Howard Charles McKenna,    852 N California,    Chicago, IL 60622-4585
aty        +Dimonte & Lizak,   Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
20092694   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
19850552   +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),    294 Union St.,    Hackensack, NJ 07601-4303
17874114   +Chase Manhattan,   Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
17874115   +Chase Manhattan Mortgage,    10790 Racho Bernardo Rd,    San Diego, CA 92127-5705
17874116    Citimortgage,   P.O.Box183040,    Columbus, OH 43218-3040
17874118   +First Usa,na,   Po Box 15298,    Wilmington, DE 19850-5298
17874119   +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
17874120    Ill Dept. of Revenue,    Springfield, IL 62726-0001
17874124   +Peoples Gas,   Attention: Bankruptcy Department,    130 E. Randolph,    Chicago, IL 60601-6302
17874125   +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
17874126   +Pnc Ne Er,   Po Box 3180,    Pittsburgh, PA 15230-3180
17874127   +Saf,   2500 Broadway,    Helena, MT 59601-4901
17874128   +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874136   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,     4000 Executive Pkwy Ste,    San Ramon, CA 94583)
17874135   +Tiffani McKenna,   250 E Taylor Rd.,    Lombard, IL 60148-3441
17914586    Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17874137   +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
17874138   +Usaa Savings Bank,   Po Box 47504,    San Antonio, TX 78265-7504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17956956   +E-mail/Text: bnc@atlasacq.com Aug 06 2013 02:12:46     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
17874121    E-mail/Text: cio.bncmail@irs.gov Aug 06 2013 01:58:25     Internal Revenue Service,
             Centralized Insolvency,    PO Box 21126,   Philadelphia, PA 19144
17874122   +E-mail/Text: cio.bncmail@irs.gov Aug 06 2013 01:58:25     Internal Revenue Service,
             Centralized Insolvency,    PO Box 7346,   Philadelphia, PA 19101-7346
17874123   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 06 2013 02:02:38     Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
                                                                                                TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17874129*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874130*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874131*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874132*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874133*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
17874134*    +Saf,   2500 E Broadway St,    Helena, MT 59601-4901
20029251*     Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17874117    ##+Citimortgage Inc,   Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
                                                                                       TOTALS: 0, * 7, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 3              Date Rcvd: Aug 05, 2013
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: rgreen              Page 3 of 3                   Date Rcvd: Aug 05, 2013
                               Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2013 at the address(es) listed below:

```
          David H Cutler    on behalf of Debtor Howard Charles McKenna cutlerfilings@gmail.com
          Ira P Goldberg    on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
           phogan@dimontelaw.com;jhutter@dimontelaw.com
          Josephine J Miceli    on behalf of Creditor   JPMorgan Chase Bank, National Association
           jmiceli@fisherandshapirolaw.com
          Laurence J Bolon    on behalf of Creditor   2704 W. Cortez Condo Assocation larry@bolonlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    on behalf of Accountant    Popowcer Katten Ltd sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
          Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```