# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
Howard Charles Mckenna              §        Case No. 11-40148
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Howard Charles Mckenna | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage 10790 Racho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Citimortgage P.O.Box183040 Columbus, OH 43218-3040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| United States Treasury | | | | | |
| Illinois Department of Revenue | | | | | |
| DiMonte & Lizak, LLC | | | | | |
| DiMonte & Lizak, LLC | | | | | |
| Popowcer Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ill Dept. of Revenue Springfield, IL 62726-0001 | | | | | |
| | Internal Revenue Service Centralized Insolvency PO Box 21126 Philadelphia, PA 19144 | | | | | |
| | Tiffani McKenna;250 E Taylor Rd.;Lombard, IL 60148 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Usa,na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5895 Carol Stream, IL 60197 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph Chicago, IL 60601 | | | | | |
| | Saf 2500 Broadway Helena, MT 59604 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Saf 2500 E Broadway St Helena, MT 59601 | | | | | |
| | Toyota Motor Credit 4000 Executive Pkwy Ste San Ramon, CA 94583 | | | | | |
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | | | | |
| | Usaa Savings Bank Po Box 47504 San Antonio, TX 78265 | | | | | |
| 3 | American Infosource Lp As Agent For | | | | | |
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | | | | | |
| 2 | Toyota Motor Credit Corporation | | | | | |
| | American Infosource Lp As Agent For | | | | | |
| | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Corporation | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

Case 11-40148   Doc 54   Filed 01/21/14   Entered 01/21/14 15:41:37   Desc Main
Document   Page 9 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40148 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|

Case Name:   Howard Charles Mckenna

Date Filed (f) or Converted (c):   09/30/2011 (f)

341(a) Meeting Date:   11/07/2011

For Period Ending:   11/06/2013

Claims Bar Date:   03/08/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  852 N California Chicago, Il 60622.  Property Is Being Surre | 0.00 | 0.00 | OA | 0.00 | FA |
| 2.  2704 W Cortez Chicago, Il | 0.00 | 0.00 | OA | 0.00 | FA |
| 3.  Chase Checking | 0.00 | 0.00 | OA | 0.00 | FA |
| 4.  Various Used Possessions | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 5.  Various Used Clothes | 300.00 | 0.00 | OA | 0.00 | FA |
| 6.  1 Used Rolex Watch | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 7.  2 Term Life Insurance Policies For Minor Daughter | 0.00 | 0.00 | OA | 0.00 | FA |
| 8.  Roth 401K..... | 300.00 | 0.00 | OA | 0.00 | FA |
| 9.  Lillie's Q, Llc.  This Entity Owns A Restaurant.  The Restau | 0.00 | 0.00 | | 50,000.00 | FA |
| 10.  1985 Cj7 Jeep | 2,500.00 | 100.00 | OA | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,600.00 | $100.00 | | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a local restaurant.  Trustee retained general counsel to assist in liquidation of debtor's interest in the restaurant.  The Court approved of settlement of the Trustee's claim upon Debtor's payment of $50,000.00.  Debtor made payment and the Trustee has filed his Final Report under which he proposes to pay all administrative claims in full and to pay all general unsecured creditors in full with interest.  The Trustee proposes to pay a remaining surplus of $847.09 to the Debtor.

Initial Projected Date of Final Report (TFR): 01/30/2015        Current Projected Date of Final Report (TFR): 01/30/2015

Case 11-40148    Doc 54    Filed 01/21/14    Entered 01/21/14 15:41:37    Desc Main
Document    Page 10 of 13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 11-40148 | | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Howard Charles Mckenna | | Bank Name: Associated Bank | |
| | | Account Number/CD#: XXXXXX0286 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX1892 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/06/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/13 | 9 | JPMorgan Chase Bank | settlement of Debtor's interest in business 1st installment on settlement of Debtor's interest in business, Lillie Q's | 1249-000 | $12,500.00 | | $12,500.00 |
| 03/08/13 | 9 | JPMorgan Chase Bank | settlement of Debtor's interest in business 2nd and final installment of settlement of Debtor's interest in business | 1249-000 | $12,500.00 | | $25,000.00 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $24,971.23 |
| 04/24/13 | 9 | Howard Charles McKenna | settlement of Debtor's interest in business 3rd and final installment on settlement of Debtor's interest in business, Lillie Q's | 1249-000 | $25,000.00 | | $49,971.23 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.31 | $49,926.92 |
| 05/15/13 | | Associated Bank | Refund Bank Service Charge | 2600-000 | | ($44.31) | $49,971.23 |
| 05/23/13 | 1001 | United States Treasury Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | EIN: 46-6621892; 2013 Form 1041 | 2810-000 | | $1,204.00 | $48,767.23 |
| 05/23/13 | 1002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | FEIN: 46-6621892; 2013 Form 1041 | 2820-000 | | $932.00 | $47,835.23 |
| 09/12/13 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,665.29 | $42,169.94 |

| | | Page Subtotals: | | | $50,000.00 | $7,830.06 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | Exhibit 9 |
|---|---|---|---|---|---|
| Case No: 11-40148 | | | Trustee Name: STEVEN R. RADTKE | | |
| Case Name: Howard Charles Mckenna | | | Bank Name: Associated Bank | | |
| | | | Account Number/CD#: XXXXXX0286 | | |
| | | | Checking | | |
| Taxpayer ID No: XX-XXX1892 | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 11/06/2013 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/13 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $16.57 | $42,153.37 |
| 09/12/13 | 1005 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $21,298.50 | $20,854.87 |
| 09/12/13 | 1006 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $63.70 | $20,791.17 |
| 09/12/13 | 1007 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,272.00 | $19,519.17 |
| 09/12/13 | 1008 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $5,158.59 | $14,360.58 |
| | | | ($8.85) | 7990-000 | | | |
| | | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($5,149.74) | 7100-000 | | | |
| 09/12/13 | 1009 | Toyota Motor Credit Corporation C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $13,274.74 | $1,085.84 |
| | | | ($22.76) | 7990-000 | | | |
| | | Toyota Motor Credit Corporation | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($13,251.98) | 7100-000 | | | |
| 09/12/13 | 1010 | American Infosource Lp As Agent For Directv, Llc Mail Station N387 2230 E Imperial Hwy El Segundo, Ca 90245 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $238.75 | $847.09 |

| | | | Page Subtotals: | | $0.00 | $41,322.85 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-40148 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Howard Charles Mckenna | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0286 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1892 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/06/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($0.41) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 3 ($238.34) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 09/12/13 | 1011 | Howard Charles Mckenna 852 N CALIFORNIA CHICAGO, IL 60622 | Distribution of surplus funds to debtor. | 8200-002 | | $847.09 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $847.09 |
| Net | $50,000.00 | $49,152.91 |

Page Subtotals: $0.00    $847.09

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0286 - Checking | $50,000.00 | $49,152.91 | $0.00 |
| | $50,000.00 | $49,152.91 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:                    $0.00          $0.00